# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129813(19)

ANDREW B. BURNETT, a minor
by JEFFERY R. BURNETT,
Next Friend,
      Plaintiff-Appellant,

v

                         SC:  129813
                         COA:  264132

MATTHEW B. VASSAR and
SHANNON MENDOSKIN,
      Defendants-Appellees.

                         Chippewa CC:  05-008017-AV

_____/

      On order of the Court, the motion for reconsideration of this Court's order of February 27, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

d0424